No. 462.   SEIDENBACH'S v. BLAND TERRY SHOE CORP.
Motion to supplement the petition granted.   Petition for
writ of certiorari to the United States Court of Appeals
for the Tenth Circuit denied.   *Morrison Shafroth, John
F. Shafroth, Robert J. Woolsey* and *Frank Settle* for peti-
tioner.

No. 147, Misc.   JOHNSON ET AL. v. NEW JERSEY.
Supreme Court of New Jersey.   Certiorari denied.   *Stan-
ford Shmukler* for petitioners.   *Norman Heine* for
respondent.

No. 197, Misc.   CUNNINGHAM v. CALIFORNIA.   Dis-
trict Court of Appeal of California, Second Appellate
District.   Certiorari denied.   Petitioner *pro se.   Stanley
Mosk*, Attorney General of California, *Doris H. Maier*,
Assistant Attorney General, and *Raymond M. Momboisse*,
Deputy Attorney General, for respondent.

No. 356, Misc.   SZOPENSKE v. HAND, WARDEN.   Su-
preme Court of Kansas.   Certiorari denied.   Petitioner
*pro se.   William M. Ferguson*, Attorney General of Kan-
sas, and *J. Richard Foth*, Assistant Attorney General, for
respondent.

No. 364, Misc.   PETILLO v. UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Cox, Assistant Attorney General Miller* and *Bea-
trice Rosenberg* for the United States.

No. 433, Misc.   SHIELDS v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor
General Cox, Assistant Attorney General Miller, Beatrice
Rosenberg* and *Robert G. Maysack* for the United States.